June 14, 2019

**Via ECF**
HON. RONNIE ABRAMS
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

> Mr. Mirvis is to advise the Court whether his anticipated trial is proceeding as scheduled.
>
> SO ORDERED.
>
> Ronnie Abrams
> United States District Judge
> 6/17/19

Re: **United States v. Nasim Rakhamimov**
     **Crim. No. 18 – CR – 72 (RA)**

Dear Judge Abrams:

As your Honor is aware I represent Mr. Rakhamimov in the above referenced case. Sentencing is currently scheduled for June 28, 2019 at 3:00 pm. I write to respectfully request that sentencing be adjourned for thirty (30) days.

This request is necessary because I am likely starting a trial in Bronx County Supreme Court on June 17, 2019. I have been preparing for the trial and as such have been unable to appropriately prepare a sentencing submission for Mr. Rakhamimov. I anticipate the trial should last approximately two weeks. I am requesting 30 days to give myself an opportunity to prepare a sentencing submission on behalf of Mr. Rakhamimov after the trial is completed.

AUSA Andrew Adams does not consent to this request.

Mr. Nasim Rakhamimov and I respectfully thank Your Honor in advance for your consideration of this request.

            **Respectfully Submitted,**

            /S/ Tony Mirvis
      By:   Tony Mirvis, Esq. (TM-2890)

cc:   AUSA Andrew Adams (Via ECF)
      AUSA Andrew Thomas (Via ECF)