# MEMO ENDORSED

## THE MIRVIS LAW FIRM, P.C.

APPLICATION GRANTED
SO ORDERED

RONNIE ABRAMS, U.S.D.J.

12-18-19

December 17, 2019

<u>Via ECF</u>
HON. RONNIE ABRAMS
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2019

Re:  **United States v. Nasim Rakhamimov**
     **Crim. No. 18 – CR – 72 (RA)**

Dear Judge Abrams:

   I write to respectfully request a temporary modification of Mr. Rakhamimov's home detention, with electronic monitoring, to allow him to sit Shiva at his mother's apartment, which is located one building away from Mr. Rakhamimov's building. This request is necessary because Mr. Rakhamimov's father suddenly and unexpectedly passed away on December 15, 2019.

   Mr. Rakhamimov's current conditions allow him to go to work at 7 am and return home at or before 8 pm and Mr. Rakhamimov has been fully compliant with his conditions. I respectfully request that Mr. Rakhamimov's home detention conditions be modified to allow him to come home at or before 11 pm from December 18, 2019 through December 25, 2019, in order to allow Mr. Rakhamimov to sit Shiva at his mother's house for a few hours during the seven day Shiva period. Mr. Rakhamimov's father's funeral is scheduled for today and Jewish law requires Shiva be observed for seven days after the deceased has been buried.

   **Wherefore,** I respectfully request Mr. Rakhamimov's home detention be modified to allow him to come home at or before 11 pm from December 18, 2019 through December 25, 2019.

   Mr. Rakhamimov and I respectfully thank Your Honor in advance for your consideration of this Application.

                                        **Respectfully Submitted,**

                                        /S/ Tony Mirvis
                                        By:  Tony Mirvis, Esq. (TM-2890)

cc:    All Parties (Via ECF)

28 DOOLEY STREET, 3RD FLOOR, BROOKLYN, NY 11235
PHONE: 718.934.4141· FAX: 718.228.8408
MIRVIS.TONY@GMAIL.COM